IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| GEORGE B. HARRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:16-cv-00723-DGK |
| | ) | Criminal No. 4:11-cr-00118-DGK-1 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER DENYING MOTION FOR REQUEST OF INFORMATION

Now before the Court is Harris's Motion for Request Of Information (Doc. 7). Harris is now represented by counsel and should consult with his attorney. Accordingly, this motion is DENIED. Additionally, because Harris is now represented, the Court will only consider motions prepared by counsel. *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001) ("A district court has no obligation to entertain pro se motions filed by a represented party.").

**IT IS SO ORDERED.**

Dated: November 18, 2016
/s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT